IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DARRIN MOUZON | : | CIVIL ACTION |
| v. | : | |
| KEVIN RANSOM, et al. | : | NO. 19-3496 |

**ORDER**

AND NOW, this 23rd day of January, 2019, upon careful and independent consideration of the pleadings and record herein, and after review of the Report and Recommendation of Thomas J. Rueter, United States Magistrate Judge, it is hereby

**ORDERED**

1. The Report and Recommendation is **APPROVED** and **ADOPTED**.

2. Petitioner's Motion for Stay and Abeyance (Doc. 4) is **GRANTED**.

3. Petitioner and respondents shall monitor the state court proceedings and immediately notify this court upon their conclusion.

BY THE COURT:

JEFFREY L. SCHMEHL, J.